AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

DISTRICT OF     MASSACHUSETTS

| UNITED STATES V. JUAN RIVERA ALEXANDER GONZALEZ | | | | | EXHIBIT AND WITNESS LIST<br><br>Case Number: 04-861-MBB |
|---|---|---|---|---|---|
| PRESIDING JUDGE<br>BOWLER | | | PLAINTIFF'S ATTORNEY<br>GLENN MACKINLEY | | DEFENDANT'S ATTORNEY<br>P. GARRITY, C. MCGINTY |
| TRIAL DATE (S)<br>7/20/04, 7/22/04 | | | COURT REPORTER<br>DIGITAL | | COURTROOM DEPUTY<br>SACCOCCIO |
| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|  |  | 7/20/04 |  |  | SP. AGENT PAUL GAZZARA |
| 1 |  | 7/20/04 | X | X | AFFIDAVIT |
|  |  | 7/22/04 |  |  | SP. AGENT PAUL GAZZARA |
|  |  | 7/22/04 |  |  | EDWARD GONZALEZ (called by McGinty) |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of  1   Pages